| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Kevin Lavell Moffett |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the : Southern | District of Mississippi (State) |
| Case number | 23-51654-KMS |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust

**Court claim no.** (if known): 4

**Last four digits** of any number you use to identify the debtors' account: XXXXXX0163

**Date of payment change:**
Must be at least 21 days after date of this notice: 7/1/2025

**New total payment:**
Principal, interest, and escrow, if any: $1,335.13

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

   ☐ No
   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____

   **Current escrow payment:**   $ 833.71      **New escrow payment :**   $ 884.37

## Part 2: Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %        **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____        **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:**   $ _____        **New mortgage payment:**   $ _____

Debtor 1   **Kevin Lavell Moffett**   Case number *(if known)* 23-51654-KMS
First Name   Middle Name   Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/Dane  Exnowski                              Date   05/14/2025
    Signature

Print:   Dane                         Exnowski                Title   Authorized Agent for Creditor
         First Name   Middle Name    Last Name

Company   McCalla Raymer Leibert Pierce, LLP

Address   1544 Old Alabama Road
          Number   Street
          Roswell              GA           30076
          City                 State        ZIP Code

Contact phone   562-661-5060                        Email   Dane.Exnowski@mccalla.com

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 23-51654-KMS |
| Kevin Lavell Moffett | Chapter: 13 |
| | Judge: Katharine M. Samson |

## CERTIFICATE OF SERVICE

I, Dane Exnowski, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Kevin Lavell Moffett
337 Menge Ave.
Pass Christian, MS 39571

Thomas Carl Rollins, Jr        (Served via ECF at trollins@therollinsfirm.com)
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Warren A. Cuntz T1, Jr.        (Served via ECF at wcuntzcourt@gport13.com)
P. O. Box 3749
Gulfport, MS 39505-3749

United States Trustee          (Served via ECF at USTPRegion05.JA.ECF@usdoj.gov)
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 05/20/2025        By:    /s/Dane Exnowski
             (date)                    Dane Exnowski
                                       Authorized Agent for Creditor



Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC  29603
For Inquiries:  800-365-7107



Analysis Date:  April 10, 2025
Loan:

DOYLE MOFFETT
BETTY J MOFFETT
337 MENGE AVE
PASS CHRISTIAN MS  39571

Property Address:
337 MENGE AVE
PASS CHRISTIAN, MS  39571

## Annual Escrow Account Disclosure Statement - Account History

THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Jul 01, 2025 |
|---|---|---|
| P & I Pmt: | $450.76 | $450.76 |
| Escrow Pmt: | $833.71 | $884.37 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment | $1,284.47 | $1,335.13 |

| Prior Esc Pmt | January 01, 2025 |
|---|---|
| P & I Pmt: | $450.76 |
| Escrow Pmt: | $833.71 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment | $1,284.47 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | February 01, 2025 |
| Escrow Balance: | $2,051.51 |
| Anticipated Pmts to Escrow: | $4,168.55 |
| Anticipated Pmts from Escrow (-): | $0.00 |
| Anticipated Escrow Balance: | $6,220.06 |

| Shortage/Overage Information | Effective Jul 01, 2025 |
|---|---|
| Upcoming Total Annual Bills | $10,004.52 |
| Required Cushion | $1,667.42 |
| Required Starting Balance | $6,828.00 |
| Escrow Shortage | -$607.94 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 1,667.42. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 1,667.42 or 1/6 of the anticipated payment from the account.

 ** *Since you are in an active bankruptcy, your new payment shown above is the post-petition payment amount.*

This is a statement of actual activity in your escrow account from Jan 2025 to June 2025. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 1,825.74 | (10,041.78) |
| Jan 2025 | 833.71 | 742.04 | | | * | 2,659.45 | (9,299.74) |
| Feb 2025 | 833.71 | 1,575.75 | | | * | 3,493.16 | (7,723.99) |
| Mar 2025 | 833.71 | 833.71 | | | | 4,326.87 | (6,890.28) |
| Apr 2025 | 833.71 | | | | * | 5,160.58 | (6,890.28) |
| May 2025 | 833.71 | | | | * | 5,994.29 | (6,890.28) |
| Jun 2025 | 833.71 | | | | * | 6,828.00 | (6,890.28) |
| | | | | | Anticipated Transactions | 6,828.00 | (6,890.28) |
| Jun 2025 | | 4,168.55 P | | | | | (2,721.73) |
| | $5,002.26 | $7,320.05 | $0.00 | $0.00 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing  
For Inquiries: 800-365-7107



Analysis Date: April 10, 2025  
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account. Your unpaid pre-petition escrow Amount is $8,941.79. This amount has been removed from the projected starting balance.

Original Pre-Petition Amount $8,941.79, Paid Pre-Petition Amount $0.00, Remaining Pre-Petition Amount $8,941.79.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 6,220.06 | 6,828.00 |
| Jul 2025 | 833.71 | 2,231.00 | Flood | 4,822.77 | 5,430.71 |
| Aug 2025 | 833.71 | 4,597.00 | Hazard | 1,059.48 | 1,667.42 |
| Sep 2025 | 833.71 | | | 1,893.19 | 2,501.13 |
| Oct 2025 | 833.71 | | | 2,726.90 | 3,334.84 |
| Nov 2025 | 833.71 | | | 3,560.61 | 4,168.55 |
| Dec 2025 | 833.71 | 3,176.52 | County Tax | 1,217.80 | 1,825.74 |
| Jan 2026 | 833.71 | | | 2,051.51 | 2,659.45 |
| Feb 2026 | 833.71 | | | 2,885.22 | 3,493.16 |
| Mar 2026 | 833.71 | | | 3,718.93 | 4,326.87 |
| Apr 2026 | 833.71 | | | 4,552.64 | 5,160.58 |
| May 2026 | 833.71 | | | 5,386.35 | 5,994.29 |
| Jun 2026 | 833.71 | | | 6,220.06 | 6,828.00 |
| | $10,004.52 | $10,004.52 | | | |

G – Pending Disbursements prior to the bankruptcy filing date. Pre-petition disbursements.

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 6,220.06. Your starting balance (escrow balance required) according to this analysis should be $6,828.00. This means you have a shortage of 607.94. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months. We anticipate the total of your coming year bills to be 10,004.52. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $833.71 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $50.66 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $884.37 |



**Please read the following important notices as they may affect your rights**

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt, please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address**  
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address:

Shellpoint Mortgage Servicing  
P.O. Box 10826  
Greenville, SC  29603

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

如果您要使用英语以外的其他语言进行交流,请致电         800-365-7107,我们将根据您首选的语言安排相应的译员,与您就贷款服务事项或您所接收的文件进行商讨。

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas