United States Bankruptcy Court

Southern District of Mississippi

In re:

Kevin Lavell Moffett

    Debtor

Case No. 23-51654-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Jul 20, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Kevin Lavell Moffett, 337 Menge Ave., Pass Christian, MS 39571-4215 |
| | + ISLAND VIEW CASINO, ATTN: PAYROLL DEPARTMENT, 3300 W BEACH BLVD, GULFPORT, MS 39501-1800 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Michael J McCormick | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust Michael.McCormick@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Michael J McCormick | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Michael.McCormick@mccalla.com mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kevin Lavell Moffett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | |

District/off: 0538-6                    User: mssbad                              Page 2 of 2

Date Rcvd: Jul 20, 2026                 Form ID: pdf012                           Total Noticed: 2

wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 5

_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 20, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

IN RE:                                                    CHAPTER 13

**KEVIN LAVELL MOFFETT**                      Case No. 23-51654-KMS

**AMENDED ORDER DIRECTING EMPLOYER TO DEDUCT FROM WAGES OF**
**DEBTOR, KEVIN LAVELL MOFFETT (SSN #XXX-XX-9251)**

IT APPEARING TO THE COURT that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the employer for the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the Debtor's proposed bankruptcy plan.[1] The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1), § 1325(c) and § 1326(a)(1)(A), that:

**ISLAND VIEW CASINO**
**ATTN: PAYROLL DEPARTMENT**
**3300 W BLEACH BLVD**
**GULFPORT, MS 39501**

is directed to deduct from Debtor's wages the sum of ***__$2,449.00__ MONTHLY, BEGINNING
IMMEDIATELY.**

**\*\*\*THE TRUSTEE "MUST" RECEIVE THE FOREGOING SUM ON OR BEFORE THE LAST**
**BUSINESS DAY OF EACH MONTH REGARDLESS OF THE DEBTOR'S PAYROLL INTERVAL (ie.**
**WEEKLY, BI-WEEKLY OR SEMI-MONTHLY) \*\*\***

The deducted funds are to be paid to Debtor(s) Case Trustee:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

**\*Please notate the Debtor's name and case number on the payment to the Trustee. \***
The foregoing monthly deduction shall continue until such time as the employer receives an Order from this
Court releasing the wages of the Debtor(s)
**##END OF ORDER##**

_____

**1. Adjusted due to Notice of Mtg Pmt Change dkt. 41. Any questions, please contact your attorney.**